# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| REGAL-BELOIT CORPORATION, ) <br> a Wisconsin corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AON RISK SERVICES CENTRAL, INC., ) <br> an Illinois corporation, ) <br> ) <br> Defendant. ) | Case No. 09 CV 564 <br><br> The Honorable William M. Conley <br><br> The Honorable Stephen L. Crocker |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Regal-Beloit Corporation and Defendant Aon Risk Services Central, Inc., by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the voluntary dismissal of the above-captioned case with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/Susan G. Schellinger_____  /s/Frank J. Favia, Jr._____
Susan G. Schellinger                     Frank J. Favia, Jr.
State Bar No. 1021147                    Illinois Bar No. 6289458
Davis & Kuelthau, s.c., Suite 1400       SIDLEY AUSTIN LLP
111 East Kilbourn Avenue                 One South Dearborn Street
Milwaukee, WI 53202-6613                 Chicago, Illinois 60603
(414) 276-0200                           (312) 853-7000

*Attorneys for Plaintiff*
*Regal-Beloit Corporation*                *Attorney for Aon Risk Services Central, Inc.*

Dated: May 3, 2010

CH1 5301595v.1

## CERTIFICATE OF SERVICE

  I, Frank J. Favia, Jr., an attorney, hereby certify that on May 3, 2010 I caused a true and correct copy of the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** to be served on the counsel listed below via the Court's ECF System.

    James E. Braza
    Susan G. Schellinger
    Davis & Kuelthau, s.c., Suite 1400
    111 East Kilbourn Avenue
    Milwaukee, WI 53202-6613


              ____/s/Frank J. Favia, Jr._____